AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

18 U.S.C. § 922(a)(1)(A) - Unlicensed Dealing of Firearms; and
18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); and 28 U.S.C. § 5872 - Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Count 1:
Max: 10 years imprisonment
Max: $250,000 fine
Max: 3 years supervised release
$100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

—— DEFENDANT - U.S ——
▶ BRAYAN JAUREGUI GUZMAN

DISTRICT COURT NUMBER
CR 24 466 YGR

—— DEFENDANT ——
IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

FILED AUG 15 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

—— PROCEEDING ——
Name of Complaintant Agency, or Person (& Title, if any)
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   ISMAIL J. RAMSEY
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kenneth Chambers

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

BRAYAN JAUREGUI GUZMAN,

FILED
AUG 15 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 24 4661 YGR

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(a)(1)(A) - Unlicensed Dealing of Firearms.

---

A true bill.

/s/ Foreperson of the Grand Jury
                                        Foreman

Filed in open court this __15th__ day of

August 2024_____.

_____
                                        Clerk

Bail, $ No Process

Hon. KANDIS A. WESTMORE    8/15/2024

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

**FILED**
AUG 15 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRAYAN JAUREGUI GUZMAN, <br><br> Defendant, | CASE NO. CR **CR 24 466 YGR** <br><br> VIOLATIONS: <br> 18 U.S.C. § 922 (a)(1)(A) – Unlicensed Dealing of Firearms; <br> 18 U.S.C. § 924(d) ; 28 U.S.C. § 2461(c); 26 U.S.C. § 5872 – Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

COUNT ONE:  (18 U.S.C § 922(a)(1)(A) – Unlicensed Dealing of Firearms)

Beginning on or about July 19, 2023, and continuing to on or about January 17, 2024, in the Northern District of California and elsewhere, the defendant,

BRAYAN JAUREGUI GUZMAN,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, namely the sale of firearms and ammunition, including but not limited to the following:

(i)   On or about July 19, 2023, defendant GUZMAN sold a privately manufactured firearm to another individual for approximately $1,350 in cash;

(ii)  On or about August 10, 2023, defendant GUZMAN sold a privately manufactured AR-

    style firearm, three (3) rifle .223/5.56 caliber magazines, and ninety (90) rounds of 9mm ammunition, to another induvial for approximately $1,480 in cash;

(iii) On or about December 14, 2023, defendant GUZMAN sold a Glock model 19, 9mm caliber handgun, serial number AFSM844, an AR-style privately manufactured firearm, and fifty-five (55) rounds of .223 caliber ammunition to another individual for an approximate total of $2,860 in cash;

(iv) On or about December 20, 2023, defendant GUZMAN sold two (2) Glock semi-automatic handguns, (1) model 33 Gen4, caliber .357, bearing serial number BSBZ232, and (2) model 27, caliber .40, bearing serial number GFA433 to another individual for an approximate total of $3,100 in cash; and

(v) On or about January 17, 2024, defendant GUZMAN sold a privately manufactured handgun with a 3D-printed magazine, fifty (50) rounds of 9mm ammunition, and forty-two (42) machinegun conversion devices, to another individual for an approximate total of $2,835

in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

FORFEITURE ALLEGATION:  (18 U.S.C. § 924(d)(1) 28 U.S.C. § 2461(c), and 26 U.S.C. § 5872)

  The allegations contained above are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 26, United States Code, Section 5872.

  Upon conviction of any of the offenses set forth in Count One of this Indictment, the defendant,

          BRAYAN JAUREGUI GUZMAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the knowing commission of the offense, including, but not limited to, the following property:

  a. One (1) privately manufactured firearm;

  b. Two (2) privately manufactured AR-style firearms;

  c. Three (3) rifle .223/5.56 caliber magazines;

|   |   |   |
|---|---|---|
| 1 | d. | Ninety (90) rounds of 9mm ammunition; |
| 2 | e. | One (1) Glock model 19, 9mm caliber handgun, serial number AFSM844, |
| 3 | f. | Fifty-five (55) rounds of .223 caliber ammunition; |
| 4 | g. | One (1) Glock semi-automatic handgun model 33 Gen4, caliber .357, bearing serial number BSBZ232; |
| 6 | h. | One (1) Glock semi-automatic handgun model 27, caliber .40, bearing serial number GFA433; |
| 8 | i. | One (1) privately manufactured handgun with a 3D-printed magazine; |
| 9 | j. | Fifty (50) rounds of 9mm ammunition; |
| 10 | k. | Forty-two (42) machinegun conversion devices; |
| 11 | l. | $19,948 in United States Currency; |
| 12 | m. | Two iPhones, each in a black case; and |
| 13 | n. | Any and all ammunition, and/or firearms, magazines, conversion devices, and United States Currency, seized with the aforementioned firearms. |
| 15 | o. | All firearm magazines, parts, and accessories seized during search warrant on February 29, 2024 at 174 Solano Avenue, Bay Point, CA; and |
| 17 | p. | All assorted ammunition (approximately 195 rounds) seized during search warrant on February 29, 2024 at 174 Solano Avenue, Bay Point, CA |

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 26, United States Code, Section 5872, and Federal Rule of Criminal Procedure 32.2.

DATED: August 15, 2024                                        A TRUE BILL.


*/s/ Foreperson of the Grand Jury*
FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

*/s/ Kenneth Chambers*
KENNETH CHAMBERS
Assistant United States Attorney

INDICTMENT                                4