JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:      Samantha_Jaffe@fd.org

Counsel for Defendant Guzman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 24–466 YGR |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE, PURSUANT TO A SUMMONS, TO SEPTEMBER 23, 2024** |
| v. | |
| BRAYAN GUZMAN, | Hearing Date:  September 11, 2024 |
| Defendant. | Hearing Time:  10:30 a.m. |

  Mr. Guzman is set to appear, pursuant to a summons, on September 11, 2024 (tomorrow). Undersigned defense counsel has spoken with Mr. Guzman and his wife, who is 35 weeks pregnant with twins and due at any moment. When defense counsel spoke with Mr. Guzman on September 9, 2024, he and his wife had just left the hospital because she was not yet in labor, but they expected her to go into labor at any time.

  Defense counsel has conferred with the Assigned United States Attorney, and the parties hereby stipulate and agree to continue the date of this initial appearance on a summons until September 23, 2024, at 10:30 am, so that Mr. Guzman can be present for the birth of his twins and then appear in court after that has occurred.

|  |  |
|---|---|
| Dated: September 10, 2024 | Respectfully submitted,<br><br>JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>           /S<br>SAMANTHA JAFFE<br>Assistant Federal Public Defender |
| Dated: September 10, 2024 | ISMAIL J. RAMSEY<br>United States Attorney<br>Northern District of California<br><br>           /S/<br>KENNETH CHAMBERS<br>Assistant United States Attorney |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRAYAN GUZMAN,<br><br>　　　　Defendant. | Case No.:  24–466 YGR<br><br>**ORDER TO CONTINUE INITIAL APPEARANCE ON SUMMONS** |

　　　Based on the agreement of the parties in the stipulation above, the initial appearance set for September 11, 2024 is vacated.  This matter is reset to September 23, 2024.

　　　IT IS SO ORDERED.

Dated:　September 10, 2024



_____
THE HON. DONNA M. RYU
Chief United States Magistrate Judge